```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

| | |
|---|---|
| RODERICK McKISSICK, | * |
|     Petitioner, | * |
| vs. | * |
| Warden GREGORY McLAUGHLIN, | *    CASE NO.4:13-CV-45-CDL |
|     Respondent. | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 14, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

The Court also adopts the Magistrate Judge's Recommendation that a Certificate of Appealability is not appropriate.

IT IS SO ORDERED, this 11th day of September, 2013.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE